UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | 19-cr-323 (JSR) |
| JOHANSI LOPEZ,<br>ANGEL CRISPIN,<br>ANTONIO BATISTA,<br>KEVIN BRITO,<br>WANDY DOMINGUEZ,<br>AMAURYS HERNANDEZ,<br>JERVIS CIRINO, | ORDER |
| Defendants. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/20

JED S. RAKOFF, U.S.D.J.

In response to the Court's order of December 16, 2019, the Court has received a seven page single-spaced letter from the Government that strenuously opposes the Court's interview suggestion. Although the ardency of the Government's letter is perhaps more appropriate for lighting firewood on a cold winter evening, nonetheless, the letter makes many good points and has persuaded the Court that its suggested interview of confidential sources would not be an appropriate exercise of its discretion. The Court does, however, adopt the suggestion by the Government that it be allowed until January 17, 2020 to review 29 randomly-selected inactive CS folders that are maintained at the DEA New York field office and report the results to the Court. Thereafter, if defendants wish to file any motion based on their claim of

selective enforcement, they must do so by January 24. The Government's answer to any such motion must be filed by January 31, and any reply papers from the defendants must be filed by February 5. The Court intends to rule on any such motion by February 14. Unless the motion is granted, trial will proceed, as scheduled, beginning March 2, 2020.

SO ORDERED.

Dated: New York, NY

January 2, 2020

JED S. RAKOFF, U.S.D.J.