UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHANSI LOPEZ,
ANGEL CRISPIN,
ANTONIO BATISTA,
KEVIN BRITO,
WANDY DOMINGUEZ,
AMAURYS HERNANDEZ,
JERVIS CIRINO,

Defendants.

19-cr-323 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

In its most recent order, the Court notified defendants that they had until January 24, 2020 to file any motion to dismiss based on their selective enforcement claim. See ECF No. 58. Defendants failed to do so and instead submitted, without permission, a letter requesting further discovery. Nevertheless, the Court will consider the letter and the requests made therein (bearing in mind, however, that the trial date of March 2, 2020 remains fixed, firm, and final). The Government is directed to file a letter by no later than the close of business this Friday, January 31, 2020, indicating its response to each of the discovery proposals made in defendants' letter. The Court will rule on those requests by no later than Tuesday of next week.

SO ORDERED.

Dated:    New York, NY

          January 29 2020          JED S. RAKOFF, U.S.D.J.