UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOHANSI LOPEZ,
ANGEL CRISPIN,
ANTONIO BATISTA,
KEVIN BRITO,
WANDY DOMINGUEZ,
AMAURYS HERNANDEZ,
JERVIS CIRINO,

Defendants.

19-cr-323 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

In an unsolicited letter dated January 24, 2020, the defendants in the above-captioned case, rather than submitting a motion addressed to selective enforcement as required by that date, instead sought further discovery. Essentially for the reasons stated in the Government's responsive letter, dated January 31, 2020 (to be docketed along with this order), the defendants' requests are denied. If defendants still wish to file a motion based on their claim of selective enforcement, they must now do so by February 10, 2020, a deadline that will not be extended for any reason. The Government's answer to any such motion will be due February 17, and any reply papers from the defendants must be filed by February 20. The Court will decide any such motion prior to the March 2 trial date, which remains firmly in place.

SO ORDERED.

Dated: New York, NY

February 3, 2020

_____
JED S. RAKOFF, U.S.D.J.