```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       -against-<br><br>JOHANSI LOPEZ,<br>ANGEL CRISPIN,<br>ANTONIO BATISTA,<br>KEVIN BRITO,<br>WANDY DOMINGUEZ,<br>AMAURYS HERNANDEZ,<br>JERVIS CIRINO,<br><br>       Defendants. | 19-cr-323 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court hereby orders that document 104, filed electronically in the above-captioned case, be permanently sealed.

SO ORDERED.

Dated:  New York, NY

       June 17, 2020

_____
United States District Judge

1