UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JOHANSI LOPEZ,<br>ANGEL CRISPIN,<br>ANTONIO BATISTA,<br>KEVIN BRITO,<br>WANDY DOMINGUEZ,<br>AMAURYS HERNANDEZ,<br>JERVIS CIRINO,<br><br>          Defendants. | 19-cr-323 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court hereby orders that document 118, filed electronically in the above-captioned case, be sealed forthwith in order to protect some personal information. However, counsel should promptly file a redacted copy on the public record.

SO ORDERED.

Dated: New York, NY

August 12, 2020

_____
JED S. RAKOFF, U.S.D.J.

1