```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -against-<br><br>JOHANSI LOPEZ,<br><br>    Defendant. | 19-cr-323-1(JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

The Court has considered defendant Johansi Lopez's request to extend his surrender date from January 14, 2021 to March 1, 2021. The Government has no objection to this request. Accordingly, for good cause shown, defendant Lopez's surrender date is hereby extended from January 14, 2021 to March 1, 2021. No further extensions will be granted. A copy of this order shall be served on the United States Marshal's Office by defense counsel within five days of its entry.

SO ORDERED.

Dated: New York, NY
January 8, 2021

_____
JED S. RAKOFF, U.S.D.J.