UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA            :
                                    :      19-cr-323-1(JSR)
        -v-                         :
                                    :      ORDER
JOHANSI LOPEZ,                      :
                                    :
        Defendant.                  :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

Pursuant to the Court's Individual Rules, today counsel for the Government and for defendant Johansi Lopez jointly called Chambers with a telephone application. When the Court imposed sentence on September 10, 2020, the Court ordered Lopez to surrender to a facility designated by the Bureau of Prisons ("BOP") by January 14, 2021. Judgment, ECF No. 134, at 2. The Court recommended that Lopez be incarcerated in Fort Dix. Id. On January 8, 2021, the Court granted Lopez's request to extend his surrender date from January 14, 2021 to March 1, 2021. Order, ECF No. 158.

Today, Lopez's counsel informed the Court that the BOP instructed Lopez to surrender to a facility in Georgia, more than 900 miles away. Lopez's counsel represented that, due to Lopez's indigence, traveling to the designated facility would be difficult.

On the basis of the foregoing, the Court hereby orders that Lopez's surrender date is extended from March 1, 2021 to 2 p.m. on March 15, 2021. If the BOP designates a facility in the New York City metropolitan area, then Lopez shall surrender to that facility by 2 p.m. on March 15, 2021. If the BOP designates a more distant facility, then Lopez shall surrender to the Metropolitan

Correctional Center in New York, NY by 2 p.m. on March 15, 2021.

No further adjournments or extensions will be granted.

    SO ORDERED.

Dated:  New York, NY
         February 24, 2021

                                              JED S. RAKOFF, U.S.D.J.